UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0 9 8 9 0 3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Victor Eduardo SILVA, | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 28, 2008** within the Southern District of California, defendant, **Victor Eduardo SILVA**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF APRIL 2008.

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Victor Eduardo SILVA

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 28, 2008 at approximately 12:15 a.m., Border Patrol Agent J. Smith responded to a call in reference to two subjects heading north of the area known as "The Mesa". This area is commonly used by illegal immigrants trying to further their entrance into the United States illegally. This area is approximately one mile east of the San Ysidro, California Port of Entry and approximately two-hundred yards north of the United States/Mexico International Boundary Fence. After arriving on scene, Agent Smith proceeded to walk to the last location where the two individuals had been spotted. After walking a few hundred feet, Agent Smith came across the two individuals concealing themselves in the high brush. Agent Smith identified himself as a United States Border Patrol Agent and questioned both individuals as to their citizenship and nationality. Both individuals, including the defendant later identified as **Victor Eduardo SILVA** freely admitted to being a citizen and national of Mexico here in the United States illegally without any immigration documents. Both individuals were arrested at 12:40 a.m. and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **March 24, 2008** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on March 29, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 28, 2008** in violation of Title 8, United States Code, Section 1326.

_____
Anthony J. Battaglia
United States Magistrate Judge

3/29/08   9:40 AM
Date/Time