1  **DAVID M.C. PETERSON**
California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone:     (619) 234-8467
4  Facsimile:      (619) 687-2666
Email:            David_Peterson@fd.org

6  Attorneys for Defendant

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0971-MJL |
| 12              Plaintiff, | ) | |
| 13  v. | ) | **NOTICE OF APPEARANCE** |
| 14  VICTOR EDUARDO SILVA, | ) | |
| 15              Defendant. | ) | |

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19  lead attorney in the above-captioned case.

20                                                              Respectfully submitted,

22  Dated: April 10, 2008                          */s/ DAVID M. C. PETERSON*
                                                                DAVID M.C. PETERSON
23                                                              Federal Defenders of San Diego, Inc.
                                                                Attorneys for Defendant
24                                                              David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 10, 2008                    /s/ *DAVID M. C. PETERSON*
                                         DAVID M.C. PETERSON
                                         Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900
                                         San Diego, CA  92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         David_Peterson@fd.org (email)