1  **DAVID M.C. PETERSON**
California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone: (619) 234-8467
4  David_Peterson@fd.org

5  Attorneys for Mr. Victor Silva

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR0971-L |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO CONTINUE |
| VICTOR SILVA, | ) | MOTION HEARING |
| Defendant. | ) | |

17  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY;
NICOLE JONES, ASSISTANT UNITED STATES ATTORNEY:

19  IT IS HEREBY REQUESTED by the parties in the case, the defendant, Victor Eduardo Silva, by and through his counsel, David M.C. Peterson, Esq., and plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Jones, Assistant United States Attorney, and that the change of plea hearing in the above entitled case scheduled for Monday, May 19, 2008 at 1:30 p.m., be continued to Monday, June 9, 2008 at 9:00 a.m.

24  //
25  //
26  //
27  //
28  //

1 Undersigned defense counsel called the court's judicial assistant to obtain the new motion hearing date.

2 A proposed order with respect to this joint motion is being submitted directly to the court via

3 efile_lorenz@casd.uscourts.gov.

4                                   Respectfully submitted,

6 Dated: May 9, 2008          */s/ David M.C. Peterson*
                                  **DAVID M.C. PETERSON**
                                  Federal Defenders of San Diego, Inc.
7                                   Attorneys for Mr. Haynes

9

10 Dated: May 9, 2008          */s/ Nicole Jones*
                                  **NICOLE JONES**
                                  Assistant United States Attorney

19 H:\DMP\Cases\1326 cases\Silva\jnt.mtn.to.cont.wpd

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: May 9, 2008         /s/ DAVID M. PETERSON
                           Federal Defenders of San Diego, Inc.
                           Attorneys for Mr. Silva
                           david_peterson@fd.org (email)

H:\DMP\Cases\1326 cases\Silva\jnt.mtn.to.cont.wpd