UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>VICTOR EDUARDO SILVA,<br><br>       Defendant. | Criminal Case No. 08cr0971-L<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the date for the change of plea hearing in the above-entitled case be continued from Monday, May 19, 2008 at 2:00 p.m. to Monday June 9, 2008 at 2:00 p.m. Time is excluded under the Speedy Trial Act from May 19, 2008 to the next hearing date of June 9, 2008.

**IT IS SO ORDERED.**

DATED: May 16, 2008

                              _____
                              M. James Lorenz
                              United States District Court Judge